1
2
3
4
5
6
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DAVID RAPHEAL KING,

11          Plaintiff,              No. CIV S-05-1460 FCD GGH P

12      vs.

13  WILLIAM B. SHUBB, et al.,

14          Defendants.             ORDER
15  _____/

16          Plaintiff has requested an extension of time to file objections to the August 2,
17  2005 Findings and Recommendations.  In light of the fact that plaintiff has failed either to file an
18  adequate in forma pauperis affidavit or to pay the filing fee (see August 2, 2005 Findings and
19  Recommendations), that plaintiff concedes that the criminal action about which plaintiff
20  complains is still pending (see letter filed on August 10, 2005), and that summary dismissal has
21  been recommended because plaintiff has not met the threshold requirements to proceed, plaintiff
22  has failed to set forth a sufficient basis upon which an extension of time could be granted.
23  \\\\\
24  \\\\\
25  \\\\\
26  \\\\\

Accordingly, IT IS ORDERED that plaintiff's August 18, 2005 letter requesting an extension of time to file objections to the August 2, 2005 objections is denied.

DATED: 8/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/king1460.dny